# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JEANETTE MARIE ASH**                                                                                  **PLAINTIFF**

**VS.**                                         **CASE NO. 4:15CV00646 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 23rd day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE